IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSHUA HARDIN,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4803

Opinion filed May 17, 2017.

An appeal from an order of the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Joshua Hardin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth Steely, General
Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, ROWE, and RAY, JJ., CONCUR.